## US COURT FOR THE DISTRICT OF MASSACHUSETTS

Gregory Papadopoulos

    V                               Honorable Judge_____

  US Government (FBI)              Index: _____

Alfonso "Alfy" Fanjul,            **Jury trial demanded**

*(court filing stamp: U.S. DISTRICT COURT DISTRICT OF MASS. / 2019 JUN 14 PM 12: 20 / FILED IN CLERKS OFFICE)*

## COMPLAINT

I Gregory Papadopoulos duly sworn deposes and says:

I am the Plaintiff in the above referenced case.

I am filing this complaint seeking claims from a corrupt cooperation and conspiracy between the FBI and "Alfy" Fanjul, boss of Fanjul Organized Crime Family. I am seeking the following damages:

1. $15 billion in compensatory damages.
2. $30 billion in tremble damages pursuant to RICO.
3. Unspecified amount of compensatory and punitive damages for infecting me with cancer, or causing me to develop cancer.
4. Unspecified amount of damages for infliction of severe mental distress.
5. $100 million for depriving me of my only biological son.
6. $4 million for depriving me of the benefits associated with my tax loss carry forward.
7. Costs, pre judgment interest and anything the Court feels is just and proper.

I am also seeking declaratory relief:

1. Lifetime protection from the FBI and the Fanjuls. With the exception of defending themselves in this action, defendants to proceed as if Plaintiff, his relatives and friends do not exist, never existed and will not exist in the future. Of course all electronic and physical surveillance must stop. Clearly after 25 years the FBI handlers have developed an addiction monitoring my activities. See OSC requesting a preliminary injunction.
2. Compel the DOJ to appoint an impartial independent counsel to investigate the FBI-Fanjul conspiracy and bring appropriate prosecution.

This Court has jurisdiction due to diversity. All parties reside in different states and the amount in controversy exceeds $75,000.

After 25 years of relentless FBI stings and scams it is time for the FBI to focus on real criminals, and it is time for the Fanjuls to focus in their business of importing heroin and cocaine from the Caribbean. The DOJ just helped them by eliminating "El Chapo's" competing gang by prosecuting him in front of EDNY Judge John Doe. (he clerked for a South Florida district judge in the past)

These claims are made pursuant to RICO, FTCA and Bivens. I have satisfied FTCA administrative requirements.

## Background information

I was an immigrant from Greece that came to the US to attend University in 1964. After receiving two degrees from Columbia Un. with honors, I worked for a large broker for 12 years in Wall Street as an equity derivatives expert.

In 1972 I married my ex-wife and after 16 years, since she could not have children I brought home a baby son I had with a surrogate.

We lived in two palatial residences, an estate in Palm Beach Fl. and a bay front home in Quogue NY. By 2000 I had a net worth of about $75 million and income of about $2 million per year.

Starting 1995 defendants imitating the FBI-Whitey Bulger conspiracy in Boston set out to destroy our lives. We never provoked anyone, nor did we have any enemies. They harassed all three of us, first they harassed my son at school, then they shut down and took over my business, caused a divorce, entangled me with prostitutes, and steadily depleted my remaining assets. During the divorce the presiding judge was paid $50,000 towards her re-election campaign in exchange for reducing the marital estate from $75 million down to about $6, shutting down the business and liquidating 2 of 4 residences during pendency

Subsequent events clearly proved that all the harassment and cover up was intended to take over my business Revcon Inc. and affiliated operations. Around 2000 I was making net profits of about $2,000,000 per year and growing these profits at 30% per year. A business growing profits 30% per year is worth at least

30 times earnings and in my case was worth at least $60 million. A company worth $60 million right in crime bosses Alfy's and Pepe's backyard was like sugar-plum ferries dancing in front of their eyes.

Since there was no more assets to deplete in 2012 they started resorting to physical injuries.  So they fractured both my femur bones in 2012, in 2017 they knocked me down and injured me while riding a bike and in 2019 they infected me with cancer.

In the past I brought several actions against the conspiracy but the FBI by hacking in my word processor and having advanced knowledge of my litigation plans assigned every case to a judge formerly in criminal justice and favorably disposed towards the FBI or a judge native of the Caribbean that the Fanjuls could secretly bribe offshore and all my cases were dismissed as frivolous.  <u>Ironically identical cases in Boston against the FBI for the Bulger conspiracy were awarded hundreds of millions while my cases in the SDNY and EDNY were awarded sanctions.</u>

Clearly as a result of their litigation success their animal spirits were fostered thus resorting to physical violence and medical warfare.  There is no doubt that unless stopped, their next step will be murder. (See Wayne Barrett's recent infection with cancer and timely death)

Until late 2009 I had no knowledge who were the crime bosses that had enticed the FBI to destroy my life. In fact until early 2009 I was suspecting a George Matthews. See Papadopoulos v FBI, Palm Beach Mafia SDNY 08-11256.  In late 2009 I learned from a NYS Judge Engoron that it was the Fanjuls. Pursuant to the "time of discovery rule" all damages are timely. About the same time I also learned that former FBI Director Freeh became Italian citizen, obviously to hide his bribes in a Swiss Bank numbered account, not available to US citizens.

### Recent actions of the conspiracy

Following are their actions during the last 10 years as prescribed by RICO:

1. In 2009 they entangled me with a Julia Mineeva a prostitute from the Fanjul NYC Prostitution ring. See Papadopoulos v Mineeva SDNY 10-4882. The purpose of this operation was to frame me in alleged minor criminal proceeding, findings of mental incompetence and commitment to a mental institution.  They bribed a NYC Criminal Court Judge Amaker $500,000 and I

spend 3 months in Rikers Island and 3 months in Manhattan Psychiatric Center as prescribed by NYS CPL article 730.

2. In 2012 they insured I lived at 68th st. and 3rd avenue, 2 doors away from a former US Attorney General for the purpose of easily bypassing the doorman and entering my apartment. On November 12, 2012 they laced an open bottle of wine with a paralysis inducing drug. After 2 sips I collapsed on the floor, fracturing both femur bones.

3. After 3 years of excruciating pain, in 2015 I had two hip replacement surgeries repairing the fractures from 2012.

4. It appears that during these surgeries I was implanted with a location monitoring chip. They have done this also in 2004. Subsequent to a hernia procedure a chip implanted in the abdomen was visible in xrays. They know precisely where I am at any time, even when I am nor carrying a cell phone.

5. Also in 2012 they extorted filing of bankruptcy for the purpose of obtaining findings of contempt and an order of imprisonment. SDNY Bank. 12-13125 AP 12-1097. Bankruptcy was extorted and opposed by a Ray Zemon member of the Fanjul Gang. Bankruptcy scam failed as three SDNY bankruptcy judges (Peck, Gropper and Gerber) quit the bench and one (Lifland) strangely died in early 2014.  They assigned all bankruptcy court appeals to judges that were FBI Director Comey's former co-workers and personal friends.  See SDNY and 2nd Circuit cases. Bankruptcy lasted four years.

6. Following Bankruptcy they decided to make my life so miserable that I would relocate to Greece.

7. In mid-2017 they decided to eliminate any contact with my son.

8. Also a little earlier they eliminated any contact with friends and relatives. All emails were blocked and not responded and any phone messages were blocked and never returned. The only contact that was permitted was with my sister in Greece and her girlfriend Janet Connolly in the US. Note Janet's father was a police officer.

9. They sued me in NYS Landlord-Tennant Court seeking an eviction in 2015. I was entitled to a lease based on "NYS's illusory tenancy laws" and opposing Counsel's admissions.

10. On February 5 2018 they stole all my cash and liquid assets.

11. They also sued me in the Northern District of Illinois claiming $500,000 on what was a $35,000 investment. Although the case was initially randomly assigned to an impartial judge they moved it to a judge who was an FBI appointee. This litigation has been going on for a year and a few months. NDI 18-992

12. To obtain an eviction they even imported a Puerto Rican judge, apparently bribed him and subsequently murder him on May 15, 2018. This litigation lasted three plus years.

13. Following eviction I had to stay at shelters for the homeless in Manhattan for six months. They insured that no landlord would rent me an apartment.

14. While at the shelter they destroyed 80% of my belongings, including most litigation files. Many old docketed records have already been redacted. For example SDNY 10-4882 Papadopoulos v Mineeva a prostitute is redacted.

15. They eliminated all NYS Welfare benefits such as food stamps and others.

16. In late July, early August 2018 they infected me with cancer.

17. Cancer surgery was performed at Memorial Sloan Kettering Cancer Center. A month after surgery they convinced the surgeon and the hospital to abandon the patient hoping for reoccurrence and death. Note the FBI always selects the doctor to treat me. At the HHS they chose a Dr. Sculco while I preferred a Dr. Chew and at MSKCC they selected a Dr. Boyle while I preferred a Dr. Ganley.

18. Based on the fact that a Wayne Barrett was infected with cancer and timely died on the eve of Donald Trump's inauguration there is no doubt that their next plan is murder. Mr. Barrett was an investigative reporter and Columbia Un. Professor who had alleged in his books Trump's ties to Organized Crime, and Mayors Giuliani and Koch corruption.

## The FBI-Whitey Bulger conspiracy

Whitey Bulger and FBI agent John Connolly were the pioneers of the concept.

The FBI offers a gang information, protection, and assistance in taking over the business of competing gangs. In exchange the Gang bribes the FBI agents and helps them to prosecute the crime bosses of competing gangs. The FBI grants informant status and immunity to the Gangsters in exchange for their assistance in prosecuting bosses of competing gangs. Naturally once the bosses of

competing gangs are imprisoned the protected gangs take over their business. It's a great scheme and everybody looks good. Of course in the process they have to murder a few people like whistleblowers and others, the Gangsters acquire great wealth and FBI agents get an extra $10,000 to $30,000 cash per year.

Since this concept has been uncovered in 1995 it is no longer "unbelievable, fantastic and wholly incredible" warranting sua sponte dismissal of claims.

For more information on FBI-Gangster conspiracies see DMA Judge Mark Wolf's decisions in US v. Salemme 985 F. Supp 193,197; 978 F. Supp 343 and related cases. In these cases the FBI had to pay in excess of $150 million to the victims of their corruption.

## Some exhibits

**Exhibit 1** is a description of the Fanjul Organized Crime Family criminal achievements starting with 1960 when they were exiled from Cuba.

**Exhibit 2** is the statistical proof of the existence of a FBI-Gangster conspiracy based on the judicial assignments of some 80 federal and state cases.

**Exhibit 3** is a recent settlement proposal offering me about $90,000 to relocate overseas to Greece and abandon all US based litigation.

## Conclusions

Based on the above I am seeking the following:

1. $15 billion in compensatory damages.

2, $30 billion in tremble damages pursuant to RICO.

3. Unspecified amount of compensatory and punitive damages for infecting me with cancer, or causing me to develop cancer.

4. Unspecified amount of damages for infliction of severe mental distress.
5. $100 million for depriving me of my only biological son.
6. $4 million for depriving me of the benefits associated with my tax loss carry forward.
7. Costs, pre-judgment interest and anything the Court feels is just and proper.

I am also seeking declaratory relief:

1. Lifetime protection from the FBI and the Fanjuls. With the exception of defending themselves in this action, defendants to proceed as if Plaintiff, his relatives and friends do not exist, never existed and will not exist in the future. Of course all physical and electronic surveillance must stop.  Clearly after 25 years the FBI Fanjul handlers have developed an addiction monitoring my activities. See OSC requesting a preliminary injunction.

2. Compel the DOJ to appoint an impartial independent special counsel to investigate the FBI-Fanjul conspiracy and bring appropriate prosecution. I am **certain** my testimony, evidence and the testimony of other victims will obtain a conviction.

After 25 years of relentless FBI stings and scams it is time for the FBI to focus on real criminals, and it is time for the Fanjuls to focus in their business of importing heroin and cocaine from the Caribbean. The DOJ just helped them by eliminating "El Chapo's" competing gang by prosecuting him in front of EDNY Judge John Doe. (he clerked for a South Florida district judge in the past)

June 10, 2019

Gregory Papadopoulos, Plaintiff prose,
PO Box 425, New York NY. 10156,
tel 917-754-7979

Defendants:

The US Government, (FBI)
Alfonso "Alfy" Fanjul, 359 N. Lake way, Palm Beach Fl. 33480

## EXHIBIT 1   THE FANJUL ORGANIZED CRIME FAMILY

The Fanjul Crime Family, exiled Cubans residing in Palm Beach and the Dominican Republic, are known for routinely bribing public officials and in particular Politicians, Judicial and Law Enforcement Officials. They like to appear aristocratic and philanthropic but they are really hard core gangsters and brutal murderers. Hollywood movies and shows, portraying them as gangsters are frequently suppressed. "Cuban Sopranos" a CBS serial portraying them as ruthless wealthy gangsters was quickly taken of the air. A Movie "Sugarland" about their corrupt litigation practices starting Robert DeNiro and Jodie Foster was never shown in theaters.   So public opinion does not reflect their true character. Following are some of the achievements of the Fanjul Crime Family after they were exiled from Cuba:

1. Dec. 15 1960, first assassination attempt by the Fanjuls of president-elect Kennedy in Palm Beach. The assassin was a Richard Pavlick, a 73 year old retired postal clerk. Pavlick was stalking the Kennedys with a car full of explosives. Pavlick was arrested but was never tried and conveniently never testified. He was found unfit for trial and was released after spending a few days in a Mental Institution. The Kennedys had a winter White House in Palm Beach and were "seating ducks" to Fanjul thugs.
Interesting were the noble instructions Pavlick received: "Blow up the President but don't harm his wife and children". These instructions are reminiscent of Mafia mentality as shown in movies.
Last, Plaintiff, a 24 year victim and expert of Fanjul Crime Family mentality and procedures does not believe this was a real assassination attempt. They rarely fail and have a 95+% success rate in murder plots. Crime boss Alfy and his father were just trying to "soften up" President Kennedy by intimidating him hoping he would consent and invade Cuba and restore their lost wealth.

2. April 17, 1961, Financially enticed high level CIA officials to pursue the unsuccessful Bay of Pigs invasion of Cuba in an effort to over through Castro and return the Fanjul properties to them. (The Fanjuls had a massive mansion in Havana which became a museum, a substantial art collection, 150,000 sugar cane acres, sugar mills and cash in Cuban banks, and of course all these wealth reverted to the People of Cuba in 1960).

3. November 22 1963, Successful assassination of President Kennedy with the possible assistance of the CIA. The President, to defuse the Cuban Missile Crisis,

on October 28 1962, agreed never to invade Cuba which meant that the Fanjul Cuban properties were permanently gone. At that time Fanjul Sr. was 54 years old, Alfy Fanjul Jr. current crime boss, was 25 and obviously a participant in the assassination plot. Current underboss Pepe Fanjul was 18. The Fanjuls had approached the Kennedys in Palm Beach, invited and entertained the President to fishing trips on their yacht and were expecting him to invade Cuba and restore ownership of their properties. Although there are other theories on the Kennedy assassinations, nobody was as angry at President Kennedy, nobody was as close to President Kennedy and nobody subsequently proved to have been as egregious as the Fanjul Crime Family. Obviously the first assassination attempt in Palm Beach **definitively** ties the Fanjuls to the assassination. They are the only Gangsters living in Palm Beach with a lengthy history of arraigning murders.

4. June 5, 1968, Successful assassination of Robert Kennedy with the possible assistance of the CIA. A senior CIA official Morales, stationed in Miami, obviously bribed by the Fanjuls stated: "I was in Dallas when we got the son of a bitch and I was in Los Angeles when we got the little bastard". This statement clearly reveals the unusual zealous and emotion displayed by US Intelligence Officials in an effort to protect and preserve their $10,000 annual cash bribes. Incidentally Pepe in 1968 was 23 years old and definitely a participant in Robert Kennedy's assassination plot.
As a 24 year victim and expert of the Fanjul Crime Family mentality and procedures, I believe that the Morales statements were intended to shift the blame for the assassinations to the CIA and away from the Fanjuls thus exonerating the Fanjul Crime Family. In their mind, nobody would investigate and prosecute the CIA, but many federal and state prosecutors would have gone after the Fanjuls.

5. January 16, 1975, The assassination of Richard Kreus. Kreus was a Palm Beach Town Councilman candidate and oil company executive. The day before he spend all day on Alfy Fanjul's yacht on a fund raising fishing trip. The very next day he was gunned down by assassins. His wife claimed that her husband had obviously seen something on the boat he was not supposed to see. A Mark Herman was convicted as the assassin and sentenced to life. He claimed that by mistake he had killed the wrong man. Some 17 years later Governor Chiles strangely commuted his sentence to time served.

6. 1984, The Fanjuls strangely acquire the Gulf and Western's land and sugar holdings in the Dominican Republic. The holdings, contained some 250,000 sugar

cane acres and 7,000 waterfront acres, sugar mills and other installations. The holdings could easily have been valued at $1 to $2 billion at the time. The Fanjuls cultivating just 4,000 acres in Palm Beach County could not possibly have enough money for the purchase. Obviously they bribed or extorted a GW corporate official, probably Marvin Davis to sell them the properties well below market value. With that purchase the Fanjuls currently enjoy a $65 million annual federal sugar subsidy. In exchange, every five years, when sugar subsidies are considered by the Congress, the Fanjuls pay $16,000 to $20,000 to every member of the Senate and House Agricultural Committees. Over a five year period it costs them about $1 million to obtain $325 million in federal subsidies, import quotas and sugar price supports. Ironically their current political protégé, totally financed by the Fanjuls, Florida Senator Marco Rubio (Cuban) had no interest in joining the Senate Agricultural Committee. He joined instead the Select Committee on Intelligence and the Subcommittee on Global Narcotics Affairs. His interests, representing the Fanjuls' interests, were enhancing the FBI's budget and protecting the international drug trade.

On the subject of sugar subsidies, in 2011 I exercised my constitutional right to petition the Government, and I was successful in convincing 3 US Senators to sponsor legislation ending sugar subsidies. Senators Shaheen of NH, Kirk of Illinois and Lugar of Indiana sponsored the "Sugar Act" and the "Free Sugar Act". Within days, I found myself prosecuted as first time offender, for a verbal, non-violent misdemeanor in front of a Puerto Rican Judge while I was represented by a Legal Aid Haitian defense counsel. As a result I was detained for 6 months in Rikers Island and a State Mental Institution, and the Puerto Rican Judge Amaker bought a $1 million mansion at 5035 Fieldstone rd. Riverdale in the Bronx putting down a hefty $500,000.

7. 1991, The Fanjuls caused the demise for profit of Southeast Bank in Florida. They were shareholders and directors at the time. The Bank collapsed and was taken over by the FDIC.

8. 1995, The SEC shut down and fined their securities firm FAIC Securities $400 million for bribing Municipal Officials in exchange for muni-bond underwritings. They were also permanently barred from the securities business so they formed Trump Securities LLC probably under the name of Ms. Ivana Trump, Pepe's friend and cross the street neighbor. Trump Securities LLC, is a secretive (no website and no main telephone number) Caribbean-Latin American investment banking boutique. It has a formidable record of obtaining excessive awards by suing their

clients in front of Judges from the Caribbean, obviously arranged by the FBI. Mineeva, the prostitute with the Fanjul NYC prostitution ring, is listed in FINRA records as a broker with Trump Securities LLC.

9. 1996, The Fanjuls start bribing FBI Director Freeh. In 2009 the Director becomes Italian citizen as soon as Papadopoulos v FBI and Palm Beach Mafia is filed in the SDNY (08-11256). Clearly Freeh felt he needed to hide his bribes received from the Fanjul Crime Family in a "numbered account" held at a Swiss Bank. (these accounts are not available to US Citizens).
There is incredible synergy powers in a FBI-Gangsters conspiracy. For example the FBI has no budget for political contributions, gangsters have. Gangsters can bribe anyone, the FBI cannot. The FBI can legally wiretap anyone, gangsters cannot. The FBI can legally arrange stings, gangsters cannot. Gangsters have an unlimited budget, the FBI is limited to $10 billion per year. FBI agents can legally carry guns, gangsters probably not. FBI agents are legally immune, gangsters are not.

10. 1998, With the cooperation of the FBI they entrapped President Clinton with Monica Lewinski hoping to impeach the President. Vice President Gore had proposed a $0.01 per pound sugar tax to clean up the Everglades which would have cost them $50 million annually. According to Ken Starr's report crime boss Alfy Fanjul called the President the **precise** moment he was telling Monica he was ending the affair. Probably someone wired the White House and crime boss Alfy was listening into the Clinton-Lewinski conversation. Another possible version is that Monica called Alfy with her cell phone and left the line on so Alfy could hear the ensuing conversation. Upon investigation, Monica stated that someone named "Fanuli" called. "Fanuli" is phonetically too distant from "Fanjul" to sound as an unintended error. In other words "Fanjul" and "Fasul" sound similar and could be mistaken for each other. But "Fanjul" and "Fanuli" are phonetically too different to be mistaken. Bottom line is Monica Lewinski was definitely working for crime boss Alfy Fanjul trying to entrap the President. She even refused to clean her famous "blue dress" with the President's secretions and kept it as incriminating evidence. Normal twenty one year old girls do not usually try to preserve evidence that they were giving oral sex to someone.

11. 2000, They fix the presidential election in favor of George Bush. Bush carried Florida with a 570 vote margin which gave him the state and the national election. (see Florida "butterfly ballots" and "pre-punched ballots"). Gore was the clear winner based on the popular vote. The Fanjul's personal family Lawyer a Joseph Kluck, during oral arguments, convinced the US Supreme Court to stop the

Florida manual count and declare Bush the winner. (the populous, mostly democratic counties of Dade, Brevard and  Palm Beach were <u>never</u> manually counted)

12. 2002, In appreciation for fixing the presidential election, the Bush brothers, George and Jeb offered to put out of business the Fanjul's biggest competitor: US Sugar.  Jeb Bush as Governor of Florida arranged to have the state buy some 187,000 sugar cane acres belonging to US Sugar in Palm Beach County. The purchase, by eminent domain, would have effectively put the company out of business.  Jeb Bush's plan was for Florida tax payers to pay $1.75 billion for the acquisition of 187,000 acres, keep 24,000 acres for environmental reasons and give the remaining 163,000 acres to the Fanjul Crime Family for free or a nominal amount.  At the end, US Sugar fought back, Jeb Bush was replaced by Charley Christ as Governor, and the deal never materialized.

13.  1995-2010, with the assistance of the Town Police and the FBI they destroy the lives of some 300 Palm Beach residents **including the undersigned**.  Most of them were wealthy younger parents with children in the Palm Beach Day School where the Fanjuls are directors (now PBD Academy).  Plaintiff knew many of these families as personal friends. Hundreds of families ended up in divorce, bankruptcy and some in suicide. Notable were the McIntosh family suicides, the Bernard suicide, the Cummings divorce and bankruptcy, the Halmos divorce, the Harch divorce, the Hirschmann loss of business (Jet Aviation) and relocation, the Turchans divorce, the Lewandowski divorce, the Holms' relocation and hundreds of others.  High profile Palm Beach Bankruptcies are always assigned to Judge Hyman SDF with whom they probably have a profit sharing arrangement. For example, Abraham Gosman's ocean front mansion in Palm Beach was liquidated by Judge Hyman for $40 million to Donald Trump and he resold 2 years later for $100 million leaving him a $60 million gross profit.

14. 2002-2008, From a friend, a Michael, Prince of Yugoslavia (A Palm Beach Sotheby's real estate broker who traveled to London with Harry Marcopolos in 2002) the Fanjuls learned that Madoff was a Ponzei scheme.  Marcopolos, Madoff's long time whistleblower, in his book "No one would listen" clearly states he told Michael in 2002 that Madoff was a Ponzei scheme and explained to him that Madoff was too big, reported exchange volumes by comparison were too small and Madoff could not  possibly be trading anything.  Madoff lived just four houses away from crime boss Alfy Fanjul. Obviously the Fanjuls approached Madoff and offered new clients and protection in exchange for payments. Six

months before Madoff's collapse their friend Michael the Prince, convinced a
substantial European Money Manager a Rene Tierrny Magon De La Villehuchet to
invest $2+ billion in fresh money with Madoff knowing from Marcopolos that
Madoff will collapse and the money will be lost. To this day, in the Madoff
incident there are 5 dead people, Madoff's biggest European client, Madoff's best
friend (Jeffry Picower found dead in his Palm Beach swimming pool from heart
attack after withdrawing $7 billion from his Madoff account), his two sons (one
son, Andrew infected with cancer and the other suicide) and the presiding SDNY
Bankruptcy Judge Lifland. The Fanjul Crime family kills with heart arresting drugs
(used in heart surgery), staged suicides (requires chloroform and a forged suicide
note) deadly viruses and bacteria usually causing pneumonia (readily available in
South Florida), and staged accidents (see Marilyn Dershowitz). They also kill with
cancer infection, however this is a rather undesirable method as it is a slow
method and could take years. In the Madoff liquidation case $17 billion are
missing and 5 people are all timely dead, clearly the workings of an FBI protected
Organized Crime Enterprise. Clearly there are too many dead people and too
much money is missing.

There is a pattern of Alfy's and Pepe's neighbors falling in hard times and also be
prosecuted. Bernie Madoff, Mary Estelle Curran, Proser, myself and many
others. This supports the view that the FBI has granted them informant status and
immunity. Similarly in the FBI-Bulger conspiracy, FBI agents granted Bulger
informant status and immunity and told him: "You are immune, you can do
anything you want, just don't clip anyone..." So he only clipped 19 people.

15. 1998-2012, The Fanjuls with the assistance of the FBI caused the demise of
numerous financial firms such as Lehman, REFCO, MF Global, INTRUST of Chicago,
Alaron, Peregrine Trading, Revcon Inc. (my firm) and others. Most of these firms
had one thing in common. The CEO was a Palm Beach resident. With wiretaps,
local or federal, they could identify key unscrupulous corporate officials with the
authority to commit the firm's trading capital or pay bogus bills. They then would
approach these Officials trough a Ray Zemon in Chicago and arrange cash
siphoning to Caribbean Banks and cash sharing deals. Zemon's Lawyer in SDNY
Bank. 12-1097 admits that his client is a personal friend of several officers of firms
such as REFCO's Philip Bennett and Alaron's Steven Greenberg, and of course
Zemon worked for Lehman. All these firms are or were in liquidating bankruptcy
and some of their Officials are serving lengthy sentences for siphoning cash to the
Caribbean. Of course no cash was ever recovered.

16. The May 6, 2010 the "stock market flash crash" can easily be traced to the FBI and the Fanjul Crime Family. A single trader operating out of a modest home outside London and having accounts with <u>MF Global</u> was strangely permitted to enter massive electronic orders to sell S&P futures and "spoof" the market. All futures firms have filters and electronically reject orders disproportional to the size of the customer's account.  MF Global was infiltrated by the Fanjul Crime Family and the FBI. (note former FBI Director Freeh was appointed Trustee in the MF Global Bankruptcy which clearly ties the FBI to the firm). Within 30 minutes the US stock market declined 10% an extremely large and rapid decline that has never occurred before. Trillions of wealth instantly disappeared, investors who sold or were liquidated lost billions, all my accounts and accounts of friends at Interactive Brokers (IB is mostly owned by a Palm Beach resident Thomas Peterfy) were automatically liquidated resulting in a $1,000,000 loss, and undoubtedly the Fanjul Crime Family having advance knowledge made millions, if not billions. Note the FBI's actions in this incident. For five years there are no disclosures and the public is misled that it was a large fund. When all the civil statutes of limitation for claims expired and the MF Global bankruptcy is almost finished the FBI discloses it was a single trader, they are trying to extradite from London. Meanwhile former FBI Director Freeh gets appointed MF Global Bankruptcy Trustee and covers up the "scam". Given the success of this scam they proceeded to manipulate stocks and other markets. In February 2011 the sugar futures took a dive of 6% in just one second. On March 1, 2011 cocoa futures dropped 13% in less than a minute. On March 16 2011 the dollar tumbled against the yen 5% in minutes. Last more recently the US stock market declined 9% within 24 hours on February 4-5 2018 causing trillions of losses to investors in the US and around the world.

17. 1998-2013 The Alberto Villar, Amerindo Investment Advisors incident gives a good look at the workings of the Fanjul Crime Family.  Alberto Vilar a Cuban and very close friend of the Fanjuls, forms Amerindo in Panama and raises as much as $9 billion from US investors. By 2004 all the money except for $42 million disappears. He is prosecuted convicted, sentenced but gets released on appeal after serving just a few months of a 10 year sentence. What clearly ties Vilar to the Fanjul Crime Family is the team of judicial officials appointed to his case (US v Villar 729 F.3d62 2013).  2nd Circuit Judge Cabranes (Puerto Rican) writes the opinion relishing him, he also dismissed all of my substantive appeals. Assistant US Attorney Katherine Polk-Failla (FBI Director Comey's protégé) writes deficient briefs leading to Vilar's release. Katherine Polk-Failla now a district Judge gets

routinely assigned and dismisses my cases. Well known criminal attorneys Allan and Nathan Dershowitz represent Vilar and his partner Tanaka. Nathan's wife Marilyn, a NYS Special referee, presided over a 52 day trial on the finances during my divorce and she rendered an absurd decision in favor of my ex-wife. Receiver Ian Gazes who claimed he only found $42 million out of the $9 billion from Amerindo, was also appointed Trustee in my bankruptcy. It is the same "den of judicial officials" promoting the FBI/Fanjul Crime Family interests.
Incidentally, at some point the Dershowitz's refused to continue representing Vilar and the Fanjul Crime Family. Within months Marilyn was run over by a US Government postal truck and killed, obviously the workings of the FBI for the benefit of the Fanjul Crime Family.

18. In July of 2011 while detained in Rickers Island awaiting determination of fitness to proceed to a minor criminal trial in, I met a Jeff Fischer. Jeff was Floridian and in 2004 he had run for congress representing Palm Beach County. He said early in his campaign he was approached by the Fanjuls and was offered a debit card and a pin number to a bank account containing $100,000. He was told that he can spend the money any way he wished. If he lost the election he owed them nothing. But if he won the Fanjuls would tell him what they wanted. Jeff lost, so it did not matter. Obviously the $100,000 was an illegal political contribution. Jeff later was accused of a felony, found unfit for trial and was waiting in Rickers Island prison for a space opening at NYS' Kirby Psychiatric Center. At some point Jeff also commissioned a professional writer to write a book "An American Patriot" about voting improprieties including altering the ballot count in South Florida which obviously led to his demise and his commitment to a mental institution.
Jeff claimed that he was certain that the Fanjuls were making their money importing drugs mixed with sugar. His words were "mixing one powder with another". He said that he and others had repeatedly seen cargo helicopters coming from the Caribbean and heading towards the Fanjul sugar cane farms near Lake Okeechobee.

19. 2016 The Fanjul Crime Family continues to influence US politics. Ironically Alfy Fanjul is only a US resident and does not even vote. Around 2006 disappointed at the Bushes because of their failure to put US Sugar out of business and give them US Sugar's vast sugar cane farms, set out to control the office of the US President. They selected Donald Trump probably because of his combative personality and his early life connections to organized crime. They cut him in a deal buying and

flipping Abe Gosman's house and making at least $50 million to be used as campaign spending money. Then they had FBI Director Comey trash Mrs. Clinton about her emails. They obviously rigged, at the very least the Florida vote, or more likely rigged the vote count in every county in the country with an electronic vote counting system. Note, "Bookies" are rarely wrong and yet they have been wrong twice recently: in the Trump election and in Brexit.

20. The recent indictment and prosecution of NJ Senator Menendez engineered by the Fanjul Crime Family and the FBI further confirms the family's destructive influence on the US Government and its Citizens. The Fanjuls have a habit of heavily financing and promoting politicians expecting them to enhance and protect their interests. Some names they heavily financed and promoted in the past are Florida Senator Marco Rubio, New Jersey Senator Menendez, Florida Representative Debbie Wasserman Shultz and Florida Representative Ileana Ros-Leichtinen (most of them Cubans). In fact this process was satirized in the movie "Strep-Tease" (Bert Reynolds played an idiotic politician promoted by the Fanjuls). In 2010 I wrote to every US Senator and convinced some that sugar subsidies cost the public $5 billion per year and  generate $70 million annually  for the Fanjul Crime Family  (part of which money bribes the FBI) and they should be phased out. In fact I argued that some 35 non-sugar producing states were unreasonably forced to subsidize sugar production mainly in Florida, Louisiana and Minnesota (sugar beets). Several Senators adopted my idea and introduced appropriate legislation such as the Sugar Act and Free Sugar Act. In June 2012 when a vote on sugar subsidies came on the Senate floor, Senator Menendez, after having received substantial contributions from the Fanjuls, defiant and rebellious to the Fanjuls and the FBI voted to end the subsidies. Note, New Jersey does not produce any sugar and has no benefit subsidizing sugar. Within months the Senator was entrapped and framed with prostitutes in Casa De Campo in the Dominican Republic (the Fanjul resort) and also entrapped with alleged free trips to the DR. Senator Menendez now exonerated, was fighting for his political life for simply being rebellious and oppositional to the Fanjul Crime Family and the FBI while promoting the interest of his constituents.
The entire incident is identical to a chapter from my prior life, the Fanjuls, the FBI, their prostitutes like Mineeva, their entrapment and framing and the resulting bogus criminal prosecution. The only thing missing is a Puerto Rican judge to receive a $500,000 bribe and to lock up Senator Menendez in a mental institution.

21.  Around 2005 the Fanjuls and the FBI disappointed with the Bushes set out to control the office of the US President.  They selected Donald Trump probably because of his early life connections with NYC organized crime and his combative personality. They paid him about $50 million by cutting him in a deal purchasing an oceanfront property belonging to one of their victims Abe Gosman. Trump bought the property form Gosman's bankruptcy estate for $40 million did some modest renovations and 2 years later sold it for $98 million to a Russian oligarch who never used it. The selling price was the highest price paid for any property in Palm Beach. Note, that in the event Trump did not work out, every 2016 Republican Presidential candidate was Florida or Cuba related. Trump has a mansion in Palm Beach, Jeb Bush was Florida Governor, Rubio is a Cuban Florida Senator and totally financed by the Fanjuls, Ted Cruz is of Cuban ancestry and Ben Carson, the token black, is a West Palm Beach resident. A few days before the election FBI Director Comey also trashed Mrs. Clinton about her emails making Mr. Trump a sue-in. What the Fanjuls and the FBI wanted was to get a monopoly importing drugs from the Caribbean by eliminating competing gangs coming from the southern border.  There is unbelievable wealth that can be created by having a monopoly importing drugs, cocaine and heroin, into the US.  A Columbian drug lord, Pablo Escobar, now deceased, was making $22 billion per year during the early 1990's, and a Mexican "El Chapo" just convicted and sentenced by the Fanjul's favorite EDNY Judge Cogan had a net worth of $4 billion. This explains Trump's lust to close the southern border at any cost.  Clearly granting a drug monopoly is a political pay-off to the Fanjuls and the FBI.

22. Two recent events are notable.  On August 14, 2016 Alfy gave a fund raiser dinner for Mrs. Clinton in Miami. Within days Mrs. Clinton developed pneumonia which hampered her campaign efforts. The Fanjuls extensively use pneumonia causing viruses and bacteria. I have several personal experiences and also SDNY Bankruptcy Judge Lifland presiding over the Maddof liquidation died from pneumonia just days after I told him that the Fanjuls had the $17 missing billion. The second recent event is Wayne Barrett's infection with cancer and his timely death. Mr. Barrett was a 37 year "Village Voice" investigative reporter and senior editor. He was also Columbia University School of Journalism professor for 30+ years. He had written many books and reports on the corruption and ties to organized crime of Donald Trump, Rudy Giuliani and Ed Koch. After being infected with cancer he died **precisely** on the eve of Trump's inauguration. That was January 19, 2017. It would seem as if someone with a long record of arranging murders with cancer and large investments and high expectations in a Trump

presidency wanted to kill him and permanently silence him. In fact there is little doubt that Alfy ordered Barrett's murder. He likes the concept of **precisely** timing his actions. See item #10 when he called President Clinton the **precise** moment Clinton was telling Lewinski that he was ending the affair. Similarly it appears he ordered Barrett's murder **precisely** in the eve of Trump's inauguration.

The view that Alfy murdered Barrett is also supported by the following fact: Barrett's last book published three months before the election is titled: "Trump, the greatest show on earth, the deals, the demise, and the reinvention". The published book however is truncated. "The reinvention" part is missing and the book ends abruptly. Probably, as usual Alfy paid a few million to the publisher to leave the reinvention out and four months later murdered Barrett.

23. 2018, The Fanjuls by their own admission, and simply counting values of land and businesses are worth in excess of $70 billion. Reviewing the long term profitability and capital formation of similar publically owned agricultural firms such as Archer Daniels Midland and Con Agra it is not possible for a farming operation starting with cultivating 4,000 acres to end up with $70 billion in 60 years, unless of course unethical and illegal operations are employed. Farming is not that profitable and at best they could have been worth $1 billion only.

24. The Fanjul Organized Crime Family is very similar to Boston's Whitey Bulger, Stephen Flemmi and their Winter Hill Gang. They both made fortunes by bribing the FBI for information, protection and assistance in taking over businesses. They both had strong ties to politicians and appeared philanthropic and aristocratic. There are two distinct differences however. Bulger used to gun down people with his hit man Martorano, or strangle them with his own hands. The Fanjuls prefer more civilized methods such as staged suicides (requires chloroform and a forged suicide note), use of heart arresting drugs causing a heart attack, staged accidents, and the use of viruses and bacteria or infection with cancer. Also the Fanjuls, in contrast to Bulger, with the FBI's assistance like to assign cases and bribe judges from the Caribbean or judges that are FBI appointees. A big portion of the Fanjul wealth was made by bribing judges. In contrast Bulger, with no history of civil litigation could only think to rig the Boston lottery and win $14 million. Bulger, however was the pioneer. The FBI never wanted to arrest him. They tried to try him in front of Judge Stern, Mueller's best friend and just recently killed him in prison.

Gregory Papadopoulos,                                              May 15, 2019

**EXHIBIT 2    HISTORY OF PRIOR LITIGATION, DISCUSION OF CASES, JUDICIAL ASSIGNMENTS AND TANGIBLE PROOF OF THE EXISTANCE OF A CORRUPT FBI FANJUL BROTHERS CONSPIRACY**

**DISCUSION OF FEDERAL CASES**

1. **Papadopoulos v FBI   SD of Florida 2001-8659**. Papadopoulos after five years of being harassed by the FBI filed this case prose. Papadopoulos at that time had sufficient funds to retain a civil rights attorney; however communications with civil rights attorneys were being blocked so he proceeded prose. To this date Papadopoulos has never been able to have any type of communications with any civil rights attorney specializing in police misconduct.  Case was assigned to Judge Dimitrouleas who instantly dismissed the case. Judge Dimitrouleas was a **former prosecutor** for 13 years and obviously had extensively worked with the FBI. Case was filed in the West Palm Beach division and strangely moved to the Fort Lauderdale division. All available judges in WPB, Hurley, Middlebrooks and Ryskamp were deemed undesirable as none had any background in criminal justice or an origin from the Caribbean so the case was moved to Fort Lauderdale one hour away where Judge Dimitrouleas was available.

2. **In Re: Papadopoulos SDF Bankruptcy 05-31191**. After an absurd matrimonial decision in NYS Supreme Court awarding the wife $23 million and leaving the husband owing $8 million to the wife Papadopoulos filed for bankruptcy in South Florida.  Case was assigned to Judge Paul Hyman who instantly dismissed the case retroactive to the date of the filing. He also strangely dismissed debtor's lawyer retroactive to the date of the filing leaving Debtor with no counsel to appeal. Judge Hyman had an extensive prior career as Assistant US. Attorney in the SDF and obviously had **extensively worked with the FBI.** There were other available judges at the time however they all had a background in bankruptcy litigation. The FBI/Fanjul Brothers conspiracy relays extensively on Bankruptcy courts to generate substantial revenue. With a friendly judge, they appoint the trustee and easily take control of assets belonging to individuals and entities they caused the demise. A good example of this process can be seen in "In re: MF Global, SDNY Bankruptcy" where after bringing the demise MF Global appointed former FBI director Louis Freeh as trustee to take control of  MF Global assets. In every high profile bankruptcy case of Palm Beach residents the FBI or the Fanjuls have a

presence.   The Abraham Gosman case (lost his $80 million oceanfront mansion) was assigned to Judge Hyman and in the Jeffrey Prosser case filed in the Virgin Islands Fanjul employees testified against the debtor.

3. **Revcon Inc (Papadopoulos own firm) v Alaron SDNY 08-CIV01013**   Case involved about $1.5 million in claims since Alaron a brokerage firm improperly liquated accounts on a pretext of a margin call thereby transferring $1.5 million to someone else. Case was originally filed in NYS Supreme Court with the assistance of a lawyer as Papadopoulos could not represent his company. Case was removed to SDNY by the defendant. Case was assigned to Judge Berman. Without authority from the Plaintiff counsel consented to removing the case to the ND of Illinois. Plaintiff traveled to Chicago, but strangely was unable to retain counsel and case was dismissed. Plaintiff filed his claims prose with the Chicago Mercantile Exchange Arbitration Forum. In an effort to prove fraud, Plaintiff made numerous unsuccessful discovery efforts to obtain the identity of the entity that got the $1.5 million. Plaintiff eventually concluded that the $1.5 was fraudulently transferred to the FBI/Fanjul conspiracy was never seen again and is parked somewhere in the Caribbean.It is believed that a Ray Zemon a Chicago resident and former employee of Lehman Brothers was approaching employees and enticing them in Chicago to siphon funds from Lehman, Refco, MF Global, Independent Trust Corp. and Revcon (all defunct entities) to banks in the Caribbean.(see Refco and Philip Bennett criminal findings)

4. **Papadopoulos v Tenet Good Samaritan Hospital SDNY 08CIV0098** Case was originally filed in NYS Civil Court and removed to the SDNY by the defendant. Plaintiff while resident in NYC sued a West Palm Beach, Florida hospital pursuant to the FCRA for improperly entering derogatory information in his credit report and cutting off credit. Case was assigned to JudgeDenise Cote. Judge Cote was a former**Chief US Attorney in the SDNY Criminal Division**for years supervising 140 criminal lawyers and obviously had extensively worked with the FBI. It is highly improbable that Judge Cote was selected by lot as Local Court rules require. In an eight page decision Judge Cote argued that a NYC resident could not sue an out of state entity for entering improper derogatory credit information in his credit report and dismissed the claims. A tortuous act of entering improper derogatory information was committed in every state in the country since the ad was transmitted nationally and Judge Cote appears to have exceeded her discretion, or did not receive a complete set of papers submitted, in dismissing this case. Plaintiff had simultaneously

filed three identical cases in NYS Civil Court. Plaintiff was successful in settling similar cases, before any judge intervened to dismiss them for about $5,000. <u>This case is clear proof of the FBI/Fanjul cooperation. Good Sam Hospital a West Palm Beach entity under the influence of the Fanjuls spend about $10,000 making a federal case out of nothing and the FBI assigned the case to a Judge formerly affiliated with the FBI.</u> Eventually other Judges used this case as an example claiming all of Plaintiff's cases were frivolous. The most reasonable explanation of why the FBI/Fanjul spend $10,000 in this case would be that they felt they did not have enough control over the SDNY at the time and wanted to set a precedent that Plaintiff could not sue Palm Beach entities in the SDNY and wanted to force possible subsequent civil rights litigation in Florida Courts where they felt they had more influence and control.

5. **Papadopoulos v FBI, Palm Beach Mafia, Palm Beach Chief of Police Reiter and Unkown FBI agents SDNY 08CIV11256**  Case was assigned to Judge Berman again and Magistrate Judge Ellis. Upon filling and serving this case Defendant Palm Beach Police Chief Reiter and member of the FBI Anti-terrorist executive committees was fired. Defendant Reiter after working for 20 years as a Palm Beach Cop for about $80,000 per year salary now lives the life of a multi-millioner socialite in Palm Beach. He lives the life of someone having at least $3-5 million.  Similarly former FBI director Louis Freeh fled to Italy and became Italian citizen. When Papadopoulos filed this case he had no knowledge of who the "Godfather" of the Palm Beach Mafia was and had no knowledge of the FTCA and proceeded pursuant to 42 USC 1983, Bivens and RICO, The case was really decided by Magistrate Judge Ellis a former prosecutor with the US Attorney's office who first stayed discovery. Staying discovery in any case where unnamed defendants are named is fatal to the case as the government would not release their identity and obviously the Mafia will not identify the Godfather. Judge Ellis, recommended dismissing the case pursuant to 42 USC 1983 as the FBI was immune and Judge Berman adopted the RR. Judge Ellis also recommended preemptively dismissing the Town of "West Palm Beach" even though WPB was never listed as a defendant, Plaintiff never lived there, never sued and never served WPB. Also Judge Ellis ignored statistical proof that all other cases, federal and state, were assigned to judges having a background in criminal justice or an origin from the Caribbean. Judge Ellis is well versed with statistical proof and in fact has written several articles on the subject. Judge Ellis also did not address

Bivens claims or FTCA and Plaintiff assumed that even though this case was dismissed these claims were not adjudicated pursuant to these statues and these claims were dismissed without prejudice. He proceeded to file therefore three new separate cases and also appealed this case to the Second Circuit. <u>At the Second Circuit dismissal was affirmed and the decision was written by Judge Jose Cabrarnes the only native of **Puerto Rico** in the Court</u>.

6. **Papadopoulos v FBI, SDNY 10CIV4574** Case was for the same claims and new claims as in 08CIV11256 pursuant to FTCA where the FBI could no longer claim immunity. Plaintiff could not pursue FTCA claims in 08CIV11256 since he had to exhaust six month administrative requirements first. Judge Preska appears to have exceeded her discretion, or did not receive a complete set of papers labeling these claims as duplicative since these claims were never adjudicated pursuant to the FTCA.

7. **Papadopoulos v Fanjul SDNY 10CIV4579** Case was filed against the Fanjul brothers pursuant to RICO after plaintiff definitively proved that they were the Palm Beach Mafia responsible for bribing the FBI including the director to destroy his life and the lives of others. Judge Preska appears to have exceeded her discretion, or did not receive a complete set of papers in dismissing these claims as duplicative as specific claims against the Fanjul Brothers were never adjudicated. In fact when Plaintiff commenced 08CIV11256 he was erroneously speculating that the Godfather of the Palm Beach Mafia was a George Matthews and that is reflected in the papers.

8. **Papadopoulos v Mineeva SDNY 10CIV4882** Case was filed against a prostitute working for the Fanjul NYC prostitution ring that the FBI retained to frame Plaintiff in criminal activities. The cause of action in this case was infliction of severe mental distress and two NYS psychiatrists after reading the complaint concluded that Plaintiff was so distressed that he needed hospitalization. Furthermore claims were asserted pursuant to contracts and Plaintiff included in the complaint the contract and evidence that he performed. Accordingly it appears that Judge Preska exceeded her discretion, or did not receive a complete set of papers in dismissing these claims. Cases 6, 7 and 8 were all simultaneously filed and instantly dismissed as frivolous, duplicative and implausible by the newly installed Chief Judge Preska. Judge Preska also issued a filling ban (filling ban appears to have been drafted by Judge Preska's chambers and signed by Judge McMahon). Plaintiff was warned by the FBI through his son in early 2009 that he will not be able to

bring another civil rights case against them again. Subsequent events indicate that the FBI/Fanjuls in order to make themselves litigation proof prematurely removed Judge Kimba Wood an expert in RICO and Anti-trust and installed Judge Preska as Chief Judge in an effort to change the ideology of the Chief Judge. Furthermore since Judge Preska had to give notice of an IFP filling ban they staggered processing cases 6, 7 and 8. Those cases were simultaneously filed between June 4 and June 10 2010. They were all filed within 4 business days. However the Clerk of the Court held back case number 8 to give enough time to Judge Preska to issue a warning, and after the warning was issued she processed case 8 months later enabling Judge Preska to install an IFP filing ban with notice.

The index numbers assigned to these cases clearly prove the "scam". The FBI and the Mineeva cases were assigned 4574 and 4882 (a very high number giving the impression that this case was filed two months later in late July) even though they both were filed simultaneously on June 4. The Fanjul case filed on June 10 gets 4579 (a very low number and it should have got a number around 4750 based on the Court's case load of about 45 new cases filed per day) and gets dismissed the very next day together with the FBI case issuing a filling ban warning as required.  The Mineeva case lingers on for weeks, and eventually gets dismissed together with the issuance of a filing ban. Whoever masterminded the "scam" not only planned the appearance of notice for a filling ban, but wanted the IFP filing ban to be issued in the Mineeva case thus protecting the FBI and the Fanjuls from any subsequent publicity that the ban might have brought. Writ Certiorari was prepared for the US Supreme Court for cases 5, 6, 7 and 8, served upon the DOJ but the FBI/Fanjul and Mineeva conspiracy through bogus criminal allegations and resulting imprisonment precluded Plaintiff from complying with the court's additional requests.

9. **Papadopoulos v Astru, Commissioner of Social Security SDNY 10CIV7980** Papadopoulos applied for disability benefits claiming that the actions of the FBI/Fanjuls had rendered him disable as of 2000. Claims were administratively denied and claimant appealed to the SDNY. Case was assigned to Judge Sweet, who remanded the case. It was in the best interest of the FBI/Fanjul conspiracy to create a more complete record of mental illness; however it was not in the FBI's best interest to have the SSA paying for disabilities they inflict. Case was remanded to the ALJ and denied. Judge Sweet openly appears to be one of the most liberal/pro civil rights Judges in

the SDNY. He has advocated legalization of drugs and asserted that minimum sentences are unconstitutional based on the doctrine of separation of powers, legislative v judicial.

10. **Papadopoulos v Astru Commissioner of Social Security SDNY 13-3163**  After months the case remained unassigned. Eventually SS held an administrative hearing in which I did not prevail. On administrative appeal, the appeals council fired the ALJ and remanded the case to a new ALJ where I prevailed in 2015.

11. **Papadopoulos v City of New York, Town of Southampton SDNY 10CIV9454** Case was filed claiming false arrests, malicious prosecution, inflicting personal injuries during arrest, tampering with evidence and selective enforcement of criminal laws as both municipalities arrested Plaintiff for bogus criminal allegations by Mineeva the prostitute working for the Fanjul NYC prostitution ring. Both municipalities failed to investigate allegations that Mineeva was a prostitute repeatedly committing the crime of "criminal solicitation in the 5th degree" upon plaintiff by soliciting sex for money. Plaintiff had cancelled checks given to Mineeva for sex and other evidence that Mineeva lied to the police. Case was assigned to Judge Daniels a **former public defender and US Attorney for 7 years.** Case was instantly dismissed on the basis of the filing ban. Plaintiff tried to make a motion to leave under 10CIV4882 where ban was issued but was told by the prose office that the motion could not be accepted because case was closed.

12. **Gregory Papadopoulos v US Government, FBI, Fanjul brothers, Chief Reiter, Mineeva. US Supreme Court 10A865, 10A866, 10A867** Petition for Writ Certiorari was pursued in the US Supreme Court seeking to remand claims against the FBI/Fanjul and Mineeva.  Petitioner obtained index numbers, compiled 20 booklets as required, personally served one booklet to the DOJ, and 10 booklets to the Court. The Court asked for some additional documents and returned the booklets the very next day. The additional documents were due on July 17, 2011. After the FBI/Fanjul saw the petition and after concluding it was meritorious, financially enticed NYC Criminal Court Judge Amaker, a native of **Puerto Rico** to illegally incarcerate Petitioner without bail for allegations of a misdemeanor on June 14, 2011 thus preventing petitioner from complying with the Court's additional requests. Judge Tamico Amaker received $500,000 for her decision. With that money she bought a $1 million mansion a 5035 Fieldstone Rd. Bronx NY.  Petitioner remained incarcerated and involuntarily detained for 6 months and obviously

abandoned the petition as it was no longer timely upon his release.   The complainant in the criminal allegation was Julia Mineeva the prostitute from the Fanjul NYC prostitution ring. Ironically in this case the Solicitor General listed as representing Mineeva in the US Supreme Court obviously, admitting that Mineeva was an FBI decoy.

13. **Papadopoulos v Amaker, Rabinowitz, Cuomo. EDNY 12CIV3608**  Case was filed as a paying case against NYS and its officers claiming malicious prosecution, wrongful imprisonment, wrongful detention in a mental institution, gross violation of civil rights to property, free speech, and infliction of cruel and unusual punishment. Case was assigned to the most desirable Judge the FBI/Fanjuls could find, Judge Irizarry. Judge Irizarry, just like defendant Judge Amaker is a native of **Puerto Rico**, and 15 year NYS prosecutor, Local Criminal Court Judge for 3 years and former counsel for the State.  By statue as a former counsel for the defendant she cannot sit in this case.Accordingly motion seeking disqualification was filed pursuant to 455(a) and pursuant to the Act of 1792 stating "a counsel for either party cannot sit as a judge". It is extremely improbable that Judge Irizarry was selected by lot as Local Court Rules require. There are 26 district judges in the EDNY. 16 have no background in criminal justice or a background with any federal or state Attorney's office. Their background appears to be private and academic. The Honorable Judge Irizarry is also the only judge with an origin from the Caribbean, i.e. Puerto Rico. Subsequent research revealed that Judge Irizarry was not only Puerto Rican but also a founding member of the Dominican Republic Bar Association.   The Fanjuls have massive resort and sugar production installations in the DR and also own 2% of the land. About a year later also her nephew got a job with the Fanjuls in the DR.

After a year the case was summarily dismissed. Plaintiff in his complaint, supporting affidavits and motion for summary judgment included NYS Criminal Procedures Law statues (CPL) that were bluntly violated such as refusal to fix bail (CPL 530 right to bail when the highest charge is a misdemeanor) and gross violation of CPL 30.30 Readiness by the Prosecutor (NYS version of speedy trial constitutional rights).   He also included transcripts indicating that Prosecutor never announced "readiness" in open court as required.   Petitioner also included psychiatric reports of detaining state psychiatrists. In their reports state psychiatrists erred in labeling the charges "Aggressive Harassment in the 2nd degree" (no such crime exists in NYS) and erroneously assuming it was a violent misdemeanor. Accordingly

they improperly detained Petitioner in a mental institution for 3 months with an erroneous determination of dangerousness.  Petitioner was only charged with "Aggravated Harassment in the 2nd degree section 1" a nonviolent misdemeanor.  The charges that were attached to the papers clearly showed that Petitioner was arrested and prosecuted for calling Mineeva a "prostitute working for the FBI" which indeed she was.  Therefore the entire arrest, prosecution, imprisonment and detention in a mental institution were clearly punishment for exercise of 1st Amendment constitutional rights.

Last Petitioner asserted that involuntarily detaining a non-dangerous mentally healthy individual in a Mental Institution constitutes "cruel and unusual punishment" as narcotics and other dehabilitating, addicting and life shortening drugs are forced with syringes upon  detainees over their objections. Also detainees are treated as having the developmental age of a 4 year old having to report their frequency of bathing and are deprived of even a pen to write with or even a library with books written for adults.  Ironically even though this case was dismissed, another attorney in anotherAggravatedHarassment 2nd degree criminal case (People v Golb) read my papers, concurred with my views and sued the State for having an unconstitutional criminal statue. The New York State Court of Appeals agreed with my views and NYS Lawmakers had to rewrite the statue as a physical verbal threats statue.

14. **In Re: Papadopoulos SDNY Bankruptcy 12-13125, Zemon (Fanjuls) v Papadopoulos AP12-01907**  Papadopoulos filed Chapter 7 bankruptcy prose having no assets, $1.5 million in judgments and debts and a SS monthly retirement income of $1,353 per month.  There were no Judges with a background in criminal justice or an affiliation with the Caribbean in the SDNY Bankruptcy Court. Nevertheless petitioner filed a motion to dismiss after suffering severe physical injuries (The FBI had arranged for me to live next to their former boss US Attorney General Michael Mukasey at 210 E 68th st. Manhattan so they can easily bypass the doorman and enter my apartment. On November 13 2012 an FBI agent laced an open bottle of wine in my apartment with a powerful paralysis inducing drug. After 2 sips, I collapsed on the floor chipping both femur bones. I was taken by ambulance on a stretcher to a nearby hospital. Three years later I had to have 2 total hip replacement surgeries). In the Bankruptcy case the Fanjuls and the Trustee objected. This is another perfect example of how the FBI and the Fanjuls work together. The FBI brakes my femur bones and the Fanjuls object to my bankruptcy.

There are several remarkable happenings surrounding this case. At the same time the Bankruptcies of Lehman, MF Global and the Madoff Investors liquidation were all being adjudicated. All these bankruptcies were achievements of the FBI/Fanjul conspiracy. I personally advised all Judges that these were all fake bankruptcies brought upon by the FBI/Fanjul Crime Family. Three Judges quit the bench, Peck, Gerber and Gropper. Judge Lifland presiding over Madoff was murdered infected with pneumonia. I had personally advised Judge Lifland that the Fanjuls had the $17 billion missing from the Madoff investors. In my case a new visiting judge was brought from 2 hours away a Judge Grossman. Judge Grossman ideologically is the most anti-debtor judge with in a 2 hour radius from the courthouse. In 23 cases he has found in favor of the creditors 21 times or 91% of the times. Naturally my bankruptcy was dismissed even though I was indigent at the time and had no possible motive to mislead creditors. Subsequent district court and circuit court appeals were all assigned to FBI Director Comey's former co-workers and personal friends. In the SDNY Judge Gardephy and Judge Polk-Faila and in the 2nd circuit Justice Debra Livingston.

15. **Papadopoulos v President Obama, US Government,  SDNY 12CIV8736** This case was filed against the President for negligence and the Government pursuant to FTCA, 42 USC 1983 and Bivens (28 USC 1331) seeking to obtain damages and hoping to bring an end to the FBI/Fanjul conspiracy. The President was sued for failing to put an end to the FBI/PBM conspiracy and commencing a catharsis of the FBI. <u>Case was instantly dismissed by Judge Preska on the bases of the IFP filing ban without prejudice.</u> IFP cases are subject to more scrutiny and rarely survive dismissal at the District level. However if they make it to the US Supreme Court they frequently get remanded.  Motions to leave and two requests to be heard in person have been ignored by the court. Case at the 2nd Circuit as 13-717 was instantly dismissed citing Judge Preska's "bad faith" certification. In dismissing this case District court ignored definitive and tangible proof of the existence of the FBI/Fanjul as some 50 cases, virtually all Petitioner was involved, were all assigned to a judge formerly a prosecutor or a judge from the Caribbean. The Court also ignored allegations, that for no reason, Plaintiff during a hernia operation in 2005 was implanted with a "location monitoring chip" obviously proving the existence of law enforcement in his life.  The Court had to assume this allegation as true as it was not feasible to attach x-rays to a complaint or an affidavit. Petitioner made several requests for oral

arguments where he could bring the x-rays to court, but oral arguments were never granted and this evidence was suppressed.

16. **Papadopoulos v President Obama, FBI director Mueller EDNY 13CIV810.** Case was filed as a paying case for the same claims as case 15 and was again assigned to the Honorable Judge Irizarry a **former prosecutor and a native of Puerto Rico**. The only difference between this case and case 15 was that FBI Director Mueller was named as a defendant instead of the US Government. In filing this case as a paying case Petitioner was hoping that the court could not apply the more stringent IFP standards and dismiss the case. The exact same evidence was presented in the complaint and supporting affidavits and oral arguments were requested for the purpose of presenting the x-rays to the court. Case was instantly sua sponte dismissed with motion for reconsideration undecided and un-responded. Case is currently pending at the 2nd Circuit. However Petitioner does not intend to pursue appeal as district court certified "bad faith" and 2nd Circuit already denied IFP status in case 15 and Petitioner has no money to pay court fees.

17. **Papadopoulos v Clerk of the Court of the SDNY 13CIV724**   Recently filed seeking declaratory relief vacating decisions and injunctive relief requiring the Clerk to conduct physical lotteries in assigning cases, and reasonable attorney fees. Plaintiff is proceeding based on FR 60(d) dealing with fraud and 42 USC 1983, 88 dealing with attorney fees in civil rights cases. Claims were for fraudulent practices designed to influence judicial decisions though outright fraud such as intentionally assigning arbitrary index numbers to accelerate or decelerate decisions thus enabling the court to issue a filling ban, arbitrarily adding defendants for the purpose of such defendants being preemptively dismissed, trashing documents, fixing transcripts by eliminating incriminating statements, making intentional errors for the benefit of the defendants and submitting cases to judges with known and predictable ideology in gross violation of Court Local Rules mandating a lottery, thereby influencing judicial decisions. The intent of this case was not to embarrass the Clerk but to vacate 2009- 2010 "Orders of Dismissal" and extend by three to four years the statute of limitations applicable to the FTCA and RICO. Case was dismissed by Judge Preska was also dismissed at the 2nd Circuit as 13-1214. Judge Preska never labeled this case as frivolous as Petitioner in his complaint and supporting affidavits clearly proved fraud by including as exhibits court stamped documents attesting as to the day of the filling v. the index number assigned to them, complaints filed v. docketed records and

judicial decisions attesting to the fact that bogus defendants were added by the clerk for the purpose of being preemptively dismissed, background of judges selected by the Clerk to assign cases for the purpose of influencing judicial decisions.

18. **Papadopoulos v Fanjul Brothers, EDNY 13-2456** Case again assigned to Judge Irizarry a **former prosecutor and native of Puerto Rico.** Petitioner in his complaint included the same evidence of relentless judicial assignments to former prosecutors or judges from the Caribbean as definitive proof that Defendants and the FBI were indeed partners in bringing his demise. Motion seeking disqualification pursuant to 28 USC 455(a)(b) and 28 USC 144 was denied and case was sua sponte dismissed. Judge Irizarry had a legal obligation to refer 28 USC 144 motion seeking disqualification to another judge but failed to do so. Once 28 USC 144 motion was properly submitted Judge Irizarry had no legal authority to render any decisions or dismiss the case until another judge decided the motion, regardless of Judge Irizarry's personal views of the merits of the motion. Clearly the Court in illegally failing to refer 144 motion to another judge and certifying "bad faith" to the 2nd Circuit did not wish to be subjected to further judicial review. Similarly the Clerk of the Court had a legal obligation to promptly issue a default judgment as Defendant's defaulted and the Clerk failed to do so.

19. **Papadopoulos v US Goverment, FBI, Fanjul Organized Crime Family et al. EDNY 15CIV2836**    Fed up with the conspiracy during a 4 year bankruptcy I filed and paid for this case.   Case was assigned to an impartial Judge Vitaliano.  Seven days after it was filed and before it was served, FBI Director Comey traveled to the EDNY.  He coerced Judge Vitaliano to recuse himself and reassigned this case to Judge Cogan. Judge Cogan had strong connection with the Fanjul Crime Family as he clerked for years for a South Florida District judge. Cogan dismissed the case and even issued sanctions. Note when the DOJ/FBI prosecuted "El Chapo" they assigned the case to Cogan being certain of a conviction decision. Traditionally these international type of cases are prosecuted in the SDNY and not in the EDNY.  In this case the FBI was trying to eliminate competing drug (cocaine and heroin) gangs importing drugs through the Mexican border and grand the Fanjuls a monopoly importing drugs from the Caribbean. The US drug market is estimated to be in excess of $100 billion per year, so if Trump and the Administration was successful the Fanjuls and the FBI could make all this money per year.

## DISCUSION OF SUBSTANTIVE NEW YORK STATE CASES

1.  **Papadopoulos vs. Papadopoulos. 350414-01 NYS Supreme Court.** This case was originally assigned to Judge Braun a **former public defender.** Judges with a background in criminal justice are extremely rare in NYS Civil Courts and Judge Braun was the only Judge in NYS Supreme (Civil) with a background in criminal justice. Judge Braun rendered an absurd decision ordering husband to be paying $100,000 pentente-lite per month in support, legal expenses, property maintenance. Prior to this action the family's monthly budget was only $40,000. After this decision the case was assigned to Judge Gische. Divorce case lasted for four years. Custody of the son was illegally awarded to the wife in gross violation of NYS DR 240 that mandates that biological parents have priority. Husband was the only biological parent. Judge Gische after impounding all funds in husband's possession, placing then in escrow with the wife's attorney and leaving husband with no funds, she demanded support payments or his consent in making payments out of the son's assets of $2,500,000 of which defendant was trustee. Her intent was to label son's assets as part of the marital estate. She threatened defendant with incarceration and when defendant refused to consent defendant was incarcerated for two months. Eventually she demanded that wife's attorney proceed by motion in limine to label son's assets as part of the marital estate. She instantly granted the motion. In her final decision she awarded $23,000,000 to the wife and left husband penniless and owing the wife an additional $8,000,000 plus maintenance and child support. The marital estate was only $15,000,000 as of the day of the trial. NYS case law is clear, "after a long marriage its 50-50%". Judge Gische having prolonged the litigation for four years, having been instrumental into insuring husband could not work during the pendency of litigation and having forced liquidation of all four residences was able to reduce the marital estate to about $5,000,000 after all taxes, legal expenses, expert fees, commissions and penalties for premature liquidation of retirement assets were paid. She even left the son penniless and the wife straggling. There is no other matrimonial case in the State of New York where the wife was awarded 153% of a substantial marital estate and the husband owed the wife 53% of the estate plus maintenance. Eventually case was settled on better terms. Subsequent research revealed that Judge Gische had received $50,000 in straw political contributions towards her reelection campaign and that a year

after the conclusion of this case Judge Gische was ousted from the Matrimonial.  What is remarkable about this case is the fact that the financials were assigned to a NYS Special Referee Marilyn Dershowitz. She was sister-in-law of known Harvard criminal law professor and attorney Allan Dershowitz. Mrs. Dershowitz clearly favored the wife. She admitted in to evidence all of ex-wife's voluminous exhibits, denied 90% of my exhibits and prolonged the trial to 52 days insuring that producing the record on appeal was not financially feasible. Subsequent events revealed that the Dershowitz's used to represent Cuban swindlers and members of the Fanjul Crime Family such as Alberto Vilar. Around 2010 a rift between the Dershowitz's and the Fanjuls developed, the Deshowitz's refused to continue to represent Alberto Vilar and the FBI had to murder Mrs. Dershowitz.  She was run over and killed by a US Postal track while riding her bike.

2. **Papadopoulos vs Gassner 602273-07 NYS Supreme Court**, Plaintiff seeking $167,000 pursuant to contracts from a pretend girlfriend acting in concert with the FBI/Fanjul. Case was again assigned to Judge Braun **former public defender.** Case was dismissed due to appearance default as the subway Plaintiff was riding was stopped by the Police for 45 minutes and the judge refused to entertain motion to vacate default judgment.

3. **Papadopoulos vs. Kaminska 08-104493 NYS Supreme Court.**  Plaintiff was seeking $75,000 pursuant to contracts from a pretend girlfriend while acting in concert with FBI/Fanjul. Defendant failed to repay loans. Case was assigned to Judge Scarpulla **former federal employee** and attorney with FDIC. Judges that were formerly federal employees are extremely rare in NYS Courts. Plaintiff after realizing that Judge Scarpulla was assigned a case where the Federal Government and the FBI had an interest abandoned the case. One case that Judge Scarpulla was assigned was Reisner v. Catone (929 NYS .2d 403) where a psychiatrist sued the office of Professional Discipline, Department of Education seeking to have a Dr. Leso investigated and disciplined as he was teaching correction officers in Guantanamo Bay Prison how to torture detainees obviously in gross violation of his Hippocratic Auth.

4. **Marks Peneth vs. Papadopoulos 601039-08 NYS Supreme**. In this case accountants compiled bogus bills and sued Papadopoulos. Case was assigned to Judge Sherwood a native of Jamaica. Judges from the Caribbean are extremely rare in NYS Civil Courts. Court expedited the case (no discovery permitted) and during trial refused to allow evidence and testimony that defendant having a BA in Economics and a MBA in Finance/Statistics

compiled all the reports for the accountants to put in their letterhead and sign. Judge Sherwood also did not require Plaintiff to prove the work they had done and relayed solely on bills compiled by the accountants. Judge Sherwood has repeatedly been criticized by the 1st Department for making excessive awards. (all awards were for the benefit of Fanjul businesses.)

5. **Papadopoulos vs. DCFS (DBA Mercedes Benz) NYS CV077246-08. Civil Court,** Plaintiff sued for $25,000 which was the equity in his car as defendant improperly took possession of his car. <u>Case was initially assigned to Judge Engoron a member of the **Dominican Republic** Bar Association who summarily dismissed Plaintiff's claims</u> and ordered an inquest on Defendant's counter claims. Another Judge, Judge Moulton held an inquest and awarded Defendant a judgment in the amount of $100,000. $75,000 for attorney fees plus the car. $75,000 award for attorney's fees in Civil Court is absurd in a case where there were was one motion to dismiss, no discovery and only a two hour inquest.

6. **Papadopoulos v Argo, Tama Davis NYS Civil 07-067932** Case was filed against a Tama Davis and two brokers for defrauding plaintiff of a $10,000 deposit for a rental apartment. Defendant offered to sublet her apartment, took plaintiff's $10,000 and fled to the West Coast leaving no keys or access behind. <u>Plaintiff was ordered by Judge Engoron a member of the **Dominican Republic** Bar Association to serve defendant by publication in the NY Times which cost some $5,000 even though other newspapers charge less than $1,000.</u> Since Defendant lived in the West Coast there was no possibility Defendant would see the advertisement and spending $5,000 was a waste. Defendant obtained 13 bench trial adjournments after the case was marked "final". Numerous Judges including Engoron, Bluth, Moulton, Mendez (Judge Mendez a native of the **Dominican Republic** actually initially issued a favorable order expediting the case and then overruled himself upon motion to renew and reargue) and others tried to coerce Plaintiff's cooperation in abandoning the case by perpetually adjourning trial. <u>There is no other case in NYS where trial has been adjourned at the request of the defendant 13 times after it was marked final.</u> Eventually the State brought a criminal court judge from criminal court, Judge Nervo to preside over the trial. Judge Nervo conducted a mockery of a trial not allowing Plaintiff to testify and not allowing Plaintiff to examine and cross examine witnesses and absurdly awarding $50,000 to the Defendant plus the $10,000 she swindled.

7. **Papadopoulos vs. Arwin 74th street et al NYS Civil Court 67931-07**. Litigation pursuant to the Fair Credit Reporting Act. Derogatory information was improperly entered in Plaintiff's credit report for the purpose of cutting off credit. <u>Case was assigned to Judge Engoron a member of the Bar of the</u> **Dominican Republic** <u>and improperly dismissed.</u> Judge Engoron ignored the FCRA and erroneously stated that in a claim pursuant to the act a showing of malicious intent is required. This is not true as the act allows claims for negligence. Plaintiff was able to settle identical cases for about $5,000 before any Judge formerly in criminal justice or having an origin form the Caribbean dismissed them.

8. **Eisenberg vs. Papadopoulos NYS Civil CIV11065-09**A lawyer compiled bogus bills and sued Papadopoulos.  During trial the court refused to allow testimony and evidence that Defendant did all the work for the Lawyer to submit it to the Court in his absence to Europe. Court awarded judgment for $10,000 to plaintiff for work he never did.

9. **Papadopoulos v Mineeva NYC Small Claims CS2594-10** . After three years, Plaintiff abandoned case concluding there is no chance any Judge in the State of New York will find in his favor regardless of the merits of the case. Mineeva, a prostitute and the complainant in the criminal proceedings stole about $5,000 of property from Plaintiff's apartment. Plaintiff reported it to the police and police wrote a report but refused to pursue recovery of the property. Plaintiff had pictures of the stolen property. Had this matter gone to trial any Judge would have believed the prostitute and dismissed the claims.

10. **Revcon LLC v Mineeva  NYC Small Claims CS62252-09** After four years,  case was dismissed while Plaintiff was incarcerated.  Judge Moulton refused to grand motion to reinstate case despite no appearance by defendant.  Plaintiff refilled claims as Papadopoulos v Mineeva SC2650-12 pursuant to contracts for refusing to pay for services rendered.  Plaintiff has a written contract, evidence that he performed, evidence of non-payment, evidence that there was an understanding among parties that money was due and evidence of promises in emails by the Defendant to pay. Plaintiff was able to obtain a default judgment. Upon motion to vacate default by Defendant Judge D' Auguste conducted a hearing. For no reason abused and harassed Plaintiff, concluded that in seeking payment pursuant to a contracts Plaintiff was harassing Defendant,  called Plaintiff names, threaded sanctions, threatened Plaintiff with criminal contempt, loudly criticized Plaintiff, for no reason summoned additional court security in the courtroom, and dismissed claims.

During the entire tirade Plaintiff remained silent and standing and never had a chance to say a word. Despite the apparent judicial harassment of the Plaintiff, motion to renew and reargue was filed and pending. After months no written decision was ever rendered.

11. **People v Papadopoulos.   Southampton Justice Court, 10090308**. Criminal Proceedings. Upon allegations by Mineeva, the prostitute the FBI/Fanjuls retained from the NYC Fanjul prostitution ring, Defendant was arrested for Harassment in the 2nd degree a violation according to NYS Penal Code. Violations are customarily punishable with a $30 fine and routinely dismissed leaving no criminal record. The Honorable Judge Kooperstein ordered a psychiatric examination. In the entire criminal history of the State of New York no court has ever ordered a psychiatric examination where the charge was a violation. Defendant is not even a resident of Southampton and Southampton tax payers were paying for the examination and possible involuntary confinement.

12. **People v. Papadopoulos NYC Criminal Court proceedings 10-068924**. Upon allegations of Mineeva for verbal incidents, that took place a year earlier, claiming that Defendant called her a prostitute and told her she was working for the FBI, which caused her fear and alarm for her health and safety, Defendant was arrested for Aggravated Harassment in the 2nd degree section 1 a non-violent misdemeanor. Case was assigned to Judge Amaker a native of **Puerto Rico.** Judges from the Caribean are extremely rare in NYS Criminal Courts. The attorney assigned to him by Legal Aid was also a Ms. Chevalier native of **Haiti.** Judge Amaker ignored several motions by defendant to dismiss. She ignored motion to dismiss claiming violation of due process and speedy trial constitutional rights. She ignored NYS CPL 30.30 readiness by prosecutor, CPL 530 rights to bail when the highest charge is misdemeanor, and failed to complete CPL 730 stopping at 730.30 ordering one examination and conducting one hearing while two examinations and two hearings were required. In sum Defendant was entitled to dismissal based on CPL 30.30, entitled to bail based on 530 and two evaluations and two hearings based on 730. A Lawyer appointed by the State failed to represent him property and committed malpractice. Among others failed to elevate case to Supreme Court where defendant would have been eligible for a grand jury and could easily prove to a jury he was innocent of the charges. Failed to attend Psychiatric examinations. Having knowledge of the existence of examinations attesting to defendant's sanity failed to introduce them as

evidence. During a hearing he even failed to object once to the testimony presented as State Psychiatrists who absurdly concluded that if "you believe that the FBI will cooperate with gangsters you are delusional" ignoring the findings in US v John Connolly, US v Salemme and related cases. Lawyer even failed to cross examine Psychiatrists as to their conclusions. Eventually Judge Amaker incarcerated defendant for three months at Rikers Island and detained him for three months at Manhattan Psychiatric Center. <u>No first time offender, accused of a non-violent misdemeanor, with no determination of dangerousness has ever spent time in prison and in a mental institution in the State of New York.</u>

13. <u>In The Matter of Gregory Papadopoulos. 531047-11 NYS Supreme Court.</u> This case arose while Papadopoulos was detained at Manhattan Psychiatric center. First he was illegally detained without any determination of dangerousness as required. There were three hearings regarding his release and regarding forced administration of drugs. In all three hearings the State trucked in every single judge that sits in the Appellate Term obviously to prejudice any appeal efforts. The State failed to honor an OSC pursuant to Mental Hygiene Law 9.35 demanding a prompt jury trial regarding his release. Upon his release Papadopoulos made an IFP OSC to seal psychiatric records at MPC pursuant to Mental Hygiene Law 33.14. <u>This application should have gone to the "Part Term" Judge, however was diverted to Judge Scarpulla, a **former federal employee** and denied.</u> Motion to renew and reargue was also denied. Appeal currently pending at the 1st Department and obviously has been trashed.

14. <u>Papadopoulos v City of New York 10-CV-066177</u> This case is against the City of New York for false arrest and injuries suffered during the arrest. Two NYPD detectives from a far away precinct broke into Plaintiff's apartment while he was asleep, without a warrant at 12:30 am, used exercise force and violently broke Plaintiff's ribcage. They arrested him and brought him into a precinct. They refused to investigate by asking any questions and advised him it "had something to do with his girlfriend". They detained him for 43 hours in the precinct. While in police custody they took him to a hospital where he was diagnosed as having been assaulted and had a broken ribcage. They waited until 6:00 pm in the eve of Yom Kippur to bring him to court. They knew that in the eve of Yom Kippur the only Part open was Part D where Judge Amaker (**Puerto Rican**) was presiding (all other parts were Jewish Judges and were closed). While in Court Plaintiff found that he was being

charged with some verbal incidents that had taken place a year ago. (What took them so long?). Upon release they kept Plaintiff's cell phone that had pictures of Mineeva and could have been used in his defense. They also kept his keys and returned to his apartment for the purpose of destroying evidence that could have been used in his defense. Plaintiff has Hospital records attesting to the rib fracture labeling it as an assault and numerous emails, dated pictures, dated computer files and cancelled checks for sex attesting to the fact that Mineeva lied to the police. After four years the State eventually held a trial with a former prosecutor as judge presiding. All available jurors had connections to law enforcement so naturally no damages were awarded.

15. **30th Road Realty v. Papadopoulos 15-58958   Queens county Landlord-Tennants Court.** In 2014 I was anticipating 2 hip replacement surgeries so I decided to move to an inexpensive apartment in Astoria Queens. After moving in I found out it was an illegal sublet of a rent stabilized apartment. The prime leasor was  paying $1100 to the owner per month and subletting the apartment for $1500 thus making $400 per month. Immediately the owner commenced proceedings seeking my eviction.  However leasor's actions were ilegal and pursuant to NYS's Illusiory Tennancy laws I was entitle to a lease at the reduced rate. So since the matter was so clear I filed a motion for summary judgment. The FBI/Fanjuls fearful that I might prevail imported from the Bronx a Puerto Rican judge Jose Rodriguez that the Fanjuls could bribe offshore. Judge Rodriguez denied my motion and after trial I was evicted. It appears that at some point in time a rift developed between Rodriguez and the Fanjuls so on May 15, 2018 they murdered him with a heart arresting drug.

16. There are an additional 10+ NYS less substantive cases filed against individuals and entities who acted in concert with the FBI/Fanjuls, however Papadopoulos never prevailed in a motion or in his claims.

Prior to 2000, Plaintiff with no knowledge of the Law had 100% successful prose litigation and collection record, prevailing against the City of New York in NYC Small Claims for damaging his car while towing it away, a NYC camera store in NYC Small Claims, a building contractor for failing to complete his contract and $52,000 against Merrill Lynch. He also had a good record with lawyers prevailing against a substantive adverse possession claim in Florida. Subsequent to 2000 Plaintiff never prevailed in a case or even in a motion.

## PROOF OF THE EXISTANCE OF A CONSPIRACY AND COOPERATION BETWWEN THE FBI AND THE FANJUL BROTHERS.

Following is a list of cases and judicial assignments and computation of probability for each assignment by court and computation of a cumulative probability for all courts:

**Southern District of Florida (2001-2005)** Case against the FBI was filed in SDF and case was assigned to Judge Dimitruleas. Between WPB and Fort Lauderdale divisions there were 6 judges at the time. Judge Dimitruleas was the only judge with a background in criminal justice. Accordingly the probability of this case being assigned to Judge Dimitruleas was **0.167**
Bankruptcy case was assigned to judge Hyman. Between WPB and Fort Lauderdale divisions there were 4 judges. Judge Hyman was the only judge with a background with the US Attorney's Office. The rest of the judges had a general bankruptcy background. The probability of this case being assigned to Judge Hyman was **0.25**

**NYS Civil Court(2007-2012)**   There were 6 cases in NYS Civil Court. 4 were assigned to Judge Engoron the only native of the Dominican Republic, 1 to Judge Nervo the only judge that was formerly a criminal court judge, and 1 to Judge Bluth. There were 16 judges in the court mostly Americans with a background in civil litigation. Judge Engoron was the only Judge from the Dominican Republic and Judge Nervo, a criminal court judge appears to have been brought in just for the occasion.  The cumulative probability of these assignments can be calculated as follows: 1/16 to the 5th power or **0.000001**

**NYS Supreme Court(2001-2013)**  There were 5 cases in this court. The court has about 40 Judges mostly Jewish American with a background in civil litigation. 2 Cases were assigned to Judge Braun, the only Judge that was formerly a public defender. 1 was assigned to Judge Sherwood, the only judge from the Caribbean (Jamaica). In the absence of other desirable judges 2 cases were assigned to Judge Scarpulla a long time federal employee and attorney for the FDIC. The cumulative probability of these selections can be computed as follows. 3/40 to the 5th power or **0.000002**

**NYC Criminal (Manhattan)(2010-2011)**  The only criminal case was assigned to Judge Amaker a native of Puerto Rico. The lawyer assigned to him was also a native of Haiti. There are 10 parts in the Court and Judges are mostly American Jewish with a few African Americans. The probability of getting the only native of the Caribbean (Puerto Rico) is **0.1**

**EDNY(2012-2013)**  All 3 cases were assigned to Judge Irizarry a native of Puerto Rico and former NYS prosecutor and Criminal Court Judge.  There are 18 active Judges in the EDNY. 11 have a civil background and 7 have a background with the US Attorney's Office or similar state office.  So the overwhelming majority of judges have a background in civil litigation. Also Judge Irizarry is the only native of Puerto Rico or nearby islands.  The probability of all three cases be assigned to Judge Irizarry is 1/18 or **0.0556**.  (Plaintiff was told that local court rules mandate that all prose cases by a litigant be assigned to the same judge for life. This statement could not be verified by reading courthouse rules)

**SDNY(2007-2013)**The events in the SDNY are more difficult to quantify.There are 27 active judges in the SDNY. 18 had a civil background and 9 were formerly with the US Attorney's Office.  So the overwhelming majority of judges have a background in civil litigation.  There was one, Judge Morrero native of Puerto Rico, but after striking down portions of the Patriot Act he was deemed undesirable. Chief Judge was Judge Kimba Wood an expert in Antitrust Laws and RICO obviously was deemed undesirable. Judge Wood's tenor as Chief Judge should have lasted until early 2013 but she was prematurely removed as Chief in early 2009 and replaced by Judge Preska. Plaintiff was indirectly informed through his son that he "will never be able to bring another civil rights action against the FBI and the Fanjuls again".  Obviously replacing Judge Wood with Judge Preska was intended to achieve this goal.
There were total of 10 cases in the SDNY.
5 cases were arbitrarily assigned to Judge Preska as Chief Judge.  There are no Local Court Rules mandating that IFP actions are automatically assigned to the Chief Judge. Such a probability is 1/27 to the 5th power or **0.0000001**
1 case was assigned to Judge Cote a former head of the US Attorney for the SD Criminal Division and the probability of such an assignment is 9/27 or **0.333**
2 cases were assigned to Judge Berman a rather impartial judge. At the time however, the FBI was assigning high profile FBI framing and entrapment cases to Judge Berman such as the Afia Siddiqui case. The more substantive case against

the FBI/Fanjuls was really dismissed by Magistrate Judge Ellis, and dismissal was affirmed at the 2nd Circuit by <u>Judge Cabranes the only native of **Puerto Rico** in the Court.</u>

1 case was assigned to Judge Daniels former federal prosecutor. This probability is **0.333**

Last, 1 case seeking Disability payments from SSA, was assigned to Judge Sweet, openly the most pro-civil rights and liberal Judge in the Court. It was in the FBI's best interest while seeking disability payments to document mental health issues and cover up their corruption.

**2nd Circuit (2010)**   There are about 15 active judges in the court.   The only substantive case was assigned to Judge Cabranes the only native of Puerto Rico to write the opinion. The probability of such an assignment is 1/15 or **0.0667**

**Summary and computation of cumulative probability**

Following are the probabilities for getting a Judge formerly in criminal justice or a native from the Dominican Republic, Puerto Rico or Jamaica for each court.

SDF: **0.0418**;      NYS Civil Court: **0.000001**;   NYS Supreme Court: **0.000002**; NYC Local Criminal Court: **0.1**;   SDNY: **0.00000001**;   EDNY: **0.0556**;   2nd Circuit Court of Appeals: **0.0667**

To calculate the cumulative probability of these assignments being random in all courts one multiplies all these probabilities and the result is **0.00000000000000000000000000031** which is a number so small that it is incomprehensible. The inverse of this number is perhaps more comprehensible. **The probability of all these judicial assignments being random is 1 in 3.22 octillions.**

Clearly the FBI by hacking in my computer/word processor had advance knowledge of impending filings, and rushed to the court selecting a judge before I appeared in court and naively submitted a complaint and paid the fees.

Accordingly, this pattern of judicial assignments clearly supports the allegations that **FBI Director Mueller and the Fanjul Brothers are indeed partners.**

Statistical proof is admissible and is extensively used, and in particular in employment discrimination cases.

Last, I am certainly qualified to calculate basic probabilities usually taught at the high school level. I have 2 advanced degrees from Columbia University in Economics, Econometrics, Finance, Statistics and Probability Theory with honors. I also have partial work towards a PhD in the same subjects at New York University. I have also worked as a substitute teacher in statistics at the undergraduate level.

**Conclusion:** The above record clearly proves that starting with 2000 judicial assignments in my cases have not been random, and indeed Judges have been selected based on two criteria: first a background in criminal justice or similar conservative type of ideology believed to be submissive to the FBI, or an origin or affiliation with the Caribbean and easily enticed by the Fanjul family through bribery offshore. The Fanjuls have an established truck record of bribery (they were fined $400 million by the SEC in 1996 for bribing public officials in exchange of municipal bond underwritings).
This record of litigation and judicial assignments clearly proves the cooperation between the FBI and the Fanjuls (Alfonso and Pepe Fanjul). No other high profile resident in Palm Beach has anything to do with the Dominican Republic and the Caribbean. **The conclusion therefore is plain and simple: FBI Director Mueller as well as former Director Freeh and the Fanjul Brothers are and were partners.**

I wish to point out that to prove conspiracy, due to its secretive nature, circumstantial evidence is sufficient and direct proof is not required. Hopkins v. Andaya 958 F .2d 881 888; Santos v. Gates 287 F.3d 846; Haley v. Dormire 845 F.2d 1488 1490; White v. Walsh 649 F.2d 560 561; Sparkman v. McFarlin 606 F.2d 261 268; US v. Williams 714 F.2d 777; American Tobacco v. US, 328 U.S. 781 790 66: and the most quoted Glasser v. US, 315 U.S. 60 80 62.

March 30, 2019
Gregory Papadopoulos

## EXHIBIT 3   OFFER FROM THE FBI THROUGH MY SISTER IN GREECE TO SETTLE FOR ABOUT $90,000

**Eleni Tsahageas**                                                Sep 16 (10 days ago)

to me

Greek
English

View original message

Always translate: Greek

Dear Gregory,  Agis sent $1,000 on 14 September and hopefully they have already arrived. These are the last that we can send you, which I borrowed it from Nitsa. I don't believe you are asking to leave our house which we gained by a struggle with life! On Friday 14 September was of Stavrou and begged the priests. They told as to contact the Greek Church in New York. Can you tell them that you lived in Florida - so you did not go to church in New York and that you lost all your money, and now live in the Shelter!
Uncle Fred Colin, who lived in West Palm Beach donated to the Greek Church there, called Saint Catherine, from the name of his mother and our grandmother and donated much money to the church.
We believe everyone here agree that the solution we offer you to come and live in Greece is the best. You will have free one of Kifissias furnished apartments, healthy food and some pocket money. Alex, your son may visit 2-3 times a year. We can give you money for airfare. For your trip to Greece.  Kisses Helen

**Gregory Palos <gppalos@gmail.com>**                          Sep 16 (10 days ago)

to Eleni

As of today there is no credit in my account. Maybe its lost.

**Gregory Palos <gppalos@gmail.com>**                          Sep 16 (10 days ago)

to Eleni

Sounds like the FBI wants to settle for $90,000.
Its so low; it is not even worth countering.
I live where ever I want.  Alex lives with me. Any cash offer must have at least 8 zeros at the end.
Tell the FBI "Handlers" the Fanjuls have to pay. Just frame them until they pay, or steal their money like they stole mine.
The FBI-Fanjul deal is over anyway. Last time they made much money was 2008. The only issue is how much money I get, and who goes to jail for the rest of their life.