```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


GREGORY PAPADOPOULOS,            )
        Plaintiff,               )
                                 ) Civ. Action No. 19-11331-PBS
        v.                       )
                                 )
US GOVERNMENT, et al.,           )
        Defendants.              )
```

## ORDER OF DISMISSAL

SARIS, C.D.J.

For the reasons stated in the Memorandum and Order dated July 18, 2019, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

```
                                  ROBERT M. FARRELL
                                  CLERK OF COURT


Dated: July 18, 2019      By /s/ Maryellen Molloy
                                  Deputy Clerk
```